COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:            01-15-01101-CR

Style:                    Quentin Lionel Laws v. The State of Texas

Date motion filed*:       March 30, 2016

Type of motion:          Second Motion for Extension of Time to File *Pro Se Anders* Response

Party filing motion:      *Pro se* appellant

Document to be filed:     *Anders* Response

Is appeal accelerated?        No.

If motion to extend time:

       Original due date:                March 15, 2016

       Number of extensions granted:        1            Current due date: April 15, 2016

       Date requested:               N/A (30 days from granting of motion)

Ordered that motions are:

       ☑ Granted

             If document is to be filed, document due: May 5, 2016.

             ☑      **No further extensions of time will be granted absent extraordinary circumstances.**

       ☐ Denied

       ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

       ☑ Other: _____

   Appellant's second motion for an extension of time to file his *pro se Anders* response

   is **granted** because the trial clerk filed confirmation of delivery of the records to the

   *pro se* appellant on March 2, 2016.  However, appellant is warned that **no further**

   **extensions will be granted absent extraordinary circumstances**, and if his response

   is not filed by May 5, 2016, the Clerk of this Court may mark this case ready for

   submission without appellant's *pro se Anders* response.

Judge's signature: /s/ Evelyn V. Keyes

                ☒ Acting individually      ☐ Acting for the Court

Date: April 5, 2016